# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

IN RE:

**EUGENE STAFFORD COX, JR.**                    **CASE NO.: 18-73324-FJS**

**DEBTOR**                                       **CHAPTER 13**

## MOTION TO RELEASE HOLD ON ATTORNEY'S FEES

COMES NOW Debtor's Counsel, Courtney Thomas, and moves the Court for good cause shown to release the hold on the attorney's fees paid through the plan. In support of the Motion, Counsel shows the Court the following:

1. That the Debtor filed a Chapter 13 bankruptcy on September 21, 2018.

2. That the Debtor filed an Amended Plan on December 11, 2018.

3. That a confirmation hearing for the Amended Plan was scheduled for January 15, 2019.

4. That, on January 7, 2019, the Chapter 13 Trustee Michael P. Cotter filed an Objection to Confirmation of the Amended Plan.

5. That, on January 10, 2019, the Trustee withdrew the Objection.

6. That, on January 13th, Genene Gardner, the attorney scheduled to appear at the firm's January 15th confirmation hearings, emailed Trustee's counsel, Warren Uthe, about whether the Trustee intended to file his Statement recommending confirmation of Mr. Cox's plan.

**Courtney J. Thomas, Esq., VSB#88572**
**The Merna Law Group, P.C.**
**3419 Virginia Beach Blvd., #236**
**Virginia Beach, VA 23452**
**Telephone: (757) 340-4895**
**Facsimile: (757) 340-4894**
**E-mail: cthomas@mernalaw.com**

7. That, on January 14, 2019, Mr. Uthe promptly responded that the Statement would not be filed as the deadline had passed but that the Trustee would recommend confirmation at the scheduled hearing.

8. That Counsel for the debtor was copied in the abovementioned email and believed that Mr. Cox would have representation at his confirmation hearing.

9. That on January 14, 2019, Mr. Uthe indicated to Debtor's Counsel in a separate email exchange that he would cancel the hearing and send an order sustaining regarding Ms. Jones-Williams, another client of Counsel's who had a confirmation hearing set in the same docket as Mr. Cox. This email exchange originally included the names of both Mr. Cox and Ms. Jones-Williams in the subject line as Mr. Uthe initially inquired about the Trustee's objections to both debtors' plans.

10. That one of the paralegals who was copied in the exchange misread the cancelled hearing to be in reference to Mr. Cox' hearing and proactively updated the calendar to indicate the same by adding a note that the hearing was cancelled, and changing the color of the hearing from red (active) to gray (inactive) in our calendar system.

11. That the files for the January 15th hearings were prepared based on the active cases listed in the calendar which were all scheduled to be held at 10:30 am.

12. That Mr. Cox appeared for his 9:30 a.m. hearing without a representative.

13. That Genene Gardner appeared for all the hearings marked as active in our calendar system and therefore did not attend Mr. Cox's 9:30 a.m. hearing that was grayed

**Courtney J. Thomas, Esq., VSB#88572**
**The Merna Law Group, P.C.**
**3419 Virginia Beach Blvd., #236**
**Virginia Beach, VA 23452**
**Telephone: (757) 340-4895**
**Facsimile: (757) 340-4894**
**E-mail: cthomas@mernalaw.com**

out as cancelled.

14. That Debtor's counsel acknowledges Mr. Cox did not receive adequate representation at the confirmation hearing.

15. That Counsel will be reducing attorney's fees by $250 to account for Mr. Cox's time and stress at the hearing.

16. That Counsel met with Mr. Cox to discuss the hearing and the reduction in attorney's fees.

17. That Counsel and firm employees, in addition to being more vigilant, will implement a new policy that only allows attorneys to remove hearings from active to inactive status on the calendar system and that our office will check the court's docket before each hearing date.

WHEREFORE, debtor's counsel asks that this Court grant the Motion to release the hold on the attorney's fees.

                                      Respectfully Submitted,

                                      By /s/ Courtney J. Thomas
                                      Attorney for Debtor

**Courtney J. Thomas, Esq., VSB#88572**
**The Merna Law Group, P.C.**
**3419 Virginia Beach Blvd., #236**
**Virginia Beach, VA 23452**
**Telephone: (757) 340-4895**
**Facsimile: (757) 340-4894**
**E-mail: cthomas@mernalaw.com**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion was transmitted electronically or sent by regular mail this 26th day of March, 2019 to John P. Fitzgerald, III, Office of the United States Trustee, Region 4-N, 200 Granby Street, Room 625, Norfolk, VA 23510; Michael P. Cotter, Chapter 13 Trustee, 870 Greenbrier Circle, Suite 402, Chesapeake, VA 23320; Eugene Stafford Cox, Jr., 508 Jacqueline Avenue, Virginia Beach, VA 23462; via certified mail to the parties of interest as listed below and to all other parties of interest as listed on the attached mailing matrix.

/s/ Courtney J. Thomas
Attorney for Debtor

Capital One Bank (USA), NA
Richard D. Fairbank, CEO
4851 Cox Road
Glen Allen, VA 23060

U.S. Bank, NA
Andrew Cecere, CEO
425 Walnut Street
Cincinnati, OH 45202

HSBC North America Holdings, Inc.
Patrick Burke
President & CEO
452 Fifth Avenue
New York NY  10018

**Courtney J. Thomas, Esq., VSB#88572**
**The Merna Law Group, P.C.**
**3419 Virginia Beach Blvd., #236**
**Virginia Beach, VA 23452**
**Telephone: (757) 340-4895**
**Facsimile: (757) 340-4894**
**E-mail: cthomas@mernalaw.com**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

**IN RE:**

**EUGENE STAFFORD COX, JR.**                          **CASE NO.: 18-73324-FJS**

**DEBTOR**                                            **CHAPTER 13**

## NOTICE OF MOTION

Courtney Thomas, Debtor for Counsel, has filed documents with the court to release the hold on her attorney's fees.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before 21 days from the date of this motion you or your attorney must:

- ✓ File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 600 Granby St., 4th Fl.
> Norfolk, VA 23510

You must also mail a copy to:

**Courtney J. Thomas, Esq., VSB#88572**
**The Merna Law Group, P.C.**
**3419 Virginia Beach Blvd., #236**
**Virginia Beach, VA 23452**
**Telephone: (757) 340-4895**
**Facsimile: (757) 340-4894**
**E-mail: cthomas@mernalaw.com**

| | |
|---|---|
| Courtney J. Thomas, Esq. | Michael P. Cotter |
| The Merna Law Group, P.C. | Chapter 13 Trustee |
| 3419 Virginia Beach Blvd. #236 | 870 Greenbrier Circle, Suite 402 |
| Virginia Beach, VA 23452 | Chesapeake, VA 23320 |
| | |
| John P. Fitzgerald, III | Eugene Stafford Cox, Jr. |
| Office of the US Trustee - Region 4 -N | 508 Jacqueline Avenue |
| 200 Granby Street, Room 625 | Virginia Beach, VA 23462 |
| Norfolk, VA 23510 | |

( )   Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing relief requested, the court may grant the relief without holding a hearing.**

( )   Attend the hearing on the motion scheduled to be held on
_____
_____

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

| | |
|---|---|
| Date:  March 26, 2019 | Signature, name, address and telephone number of person giving notice: |
| | |
| | /s/ Courtney J. Thomas |
| | Courtney J. Thomas, Esq., VSB#88572 |
| | 3419 Virginia Beach Blvd., #236 |
| | Virginia Beach, VA 23452 |
| | (757) 340-4895 |
| | Attorney for Debtor |

**Courtney J. Thomas, Esq., VSB#88572**
**The Merna Law Group, P.C.**
**3419 Virginia Beach Blvd., #236**
**Virginia Beach, VA 23452**
**Telephone: (757) 340-4895**
**Facsimile: (757) 340-4894**
**E-mail: cthomas@mernalaw.com**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion was transmitted electronically or sent by regular mail this 26th day of March, 2019 to John P. Fitzgerald, III, Office of the United States Trustee, Region 4-N, 200 Granby Street, Room 625, Norfolk, VA 23510; Michael P. Cotter, Chapter 13 Trustee, 870 Greenbrier Circle, Suite 402, Chesapeake, VA 23320; Eugene Stafford Cox, Jr., 508 Jacqueline Avenue, Virginia Beach, VA 23462; via certified mail to the parties of interest as listed below and to all other parties of interest as listed on the attached mailing matrix.

/s/ Courtney J. Thomas
Attorney for Debtor

Capital One Bank (USA), NA
Richard D. Fairbank, CEO
4851 Cox Road
Glen Allen, VA 23060

U.S. Bank, NA
Andrew Cecere, CEO
425 Walnut Street
Cincinnati, OH 45202

HSBC North America Holdings, Inc.
Patrick Burke
President & CEO
452 Fifth Avenue
New York NY  10018

**Courtney J. Thomas, Esq., VSB#88572**
**The Merna Law Group, P.C.**
**3419 Virginia Beach Blvd., #236**
**Virginia Beach, VA 23452**
**Telephone: (757) 340-4895**
**Facsimile: (757) 340-4894**
**E-mail: cthomas@mernalaw.com**

```
Label Matrix for local noticing          U.S. Bank National Association, as Trustee f    United States Bankruptcy Court
0422-2                                    c/o Shapiro & Brown, LLP                        600 Granby St., Room 400
Case 18-73324-FJS                         501 Independence Parkway                        Norfolk, VA 23510-1915
Eastern District of Virginia              Suite 2203
Norfolk                                   Chesapeake, VA 23320-5173
Tue Mar 26 18:15:29 EDT 2019

Anesthesia Specialists                    Ashley Funding Services, LLC                    Atlantic Anesthesia, Inc.
138 Rosemont Road, Suite 215              Resurgent Capital Services                      134 Business Park Drive
Virginia Beach, VA 23452-4336             PO Box 10587                                    Virginia Beach, VA 23462-6523
                                          Greenville, SC 29603-0587


Bayview Medical                           Bayview Physicians Group                        Capital One
c/o Credit Control                        P.O. Box 7068                                   P.O. Box 30253
11821 Rock Landing Dr                     Portsmouth, VA 23707-0068                       Salt Lake City, UT 84130-0253
Newport News, VA 23606-4225


Capital One Bank (USA), N.A.              Central Credit Sevices, INC                     Emergency Phys of Tidewater
by American InfoSource as agent           PO Box 15118                                    c/o Credit Control
PO Box 71083                              Jacksonville, FL 32239-5118                     11821 Rock Landing Drive
Charlotte, NC  28272-1083                                                                 Newport News, VA 23606-4225


HSBC Bank Nevada                          Hampton Roads Radiology                         Lab Corp
c/o Portfolio Recovery Solutio            c/o Eastern Account Sys                         P.O. Box 2270
120 Corporate Blvd Ste 100                75 Glen rd Ste 310                              Burlington, NC 27216-2270
Norfolk, VA 23502-4952                    Sandy Hook, CT 06482-1175


Medical Center Radiology                  Mid-Atlantic Cardiothoracic Su                  NAVY FEDERAL CREDIT UNION
c/o Credit Control Corp                   600 Gresham Dr #8600                            PO BOX 3000
11821 Rock Landing Rd                     Norfolk, VA 23507-1904                          MERRIFIELD VA 22119-3000
Newport News, VA 23606-4225


Navy Federal Credit Union                 (p)PORTFOLIO RECOVERY ASSOCIATES LLC            Radius Global Solutions
P.O. Box 3700                             PO BOX 41067                                    9550 Regency Square Ste 602
Merrifield, VA 22119-3100                 NORFOLK VA 23541-1067                           Jacksonville, FL 32225-8169


Select Portfolio Servicing***             Select Portfolio Servicing, Inc.                Sentara
c/o Corporation Service Compan            P.O. Box 65250                                  P.O. Box 791168
1111 E. Main Street                       Salt Lake City, Utah 84165-0250                 Baltimore, MD 21279-1168
Richmond, VA 23219-3531


Sentara Healthcare                        Tiffany & Tiffany, PLLC                         Verizon
535 Independence Pkwy, Ste 700            770 Independence Circle Ste200                  500 Technology Dr Ste 300
Chesapeake, VA 23320-5192                 Virginia Beach, VA 23455-6452                   Saint Charles, MO 63304-2225


Virginia Beach Gen. Dist. Ct              Courtney Jordan Thomas                          Eugene Stafford Cox Jr.
2425 Nimmo Pkwy                           The Merna Law Group, P.C.                       508 Jacqueline Avenue
Virginia Beach, VA 23456-9122             3419 Virginia Beach Blvd #236                   Virginia Beach, VA 23462-2027
                                          Virginia Beach, VA 23452-4419
```

John P. Fitzgerald, III
Office of the U.S. Trustee, Region 4 -N
200 Granby Street, Room 625
Norfolk, VA 23510-1819

Michael P. Cotter
Chapter 13 Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320-2641

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31